

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-75,830

### EX PARTE MICHAEL JYROD LOWRY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 16202-B IN THE 104TH DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to twenty years' imprisonment. The Eleventh Court of Appeals dismissed his appeal. *Lowry v. State*, No. 11-07-00147-CR (Tex. App.–Eastland, delivered June 28, 2007, no pet.).

Applicant contends that he was denied his right to an appeal. We remanded this application to the trial court for findings of fact and conclusions of law. The trial court recommended that we

grant Applicant an out-of-time appeal. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 16202-B from the 104th Judicial District Court of Taylor County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: February 6, 2008
Do Not Publish